IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| JOSEPH CHANCE SLATER, | * |
| Plaintiff, | * |
| v. | Case No.  7:21-cv-82(WLS) |
| | * |
| THOMAS COUNTY SHERIFF'S OFFICE, et al., | |
| | * |
| Defendants. | * |

## J U D G M E N T

Pursuant to this Court's Order dated February 8, 2022, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 9th day of February, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk